```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY

------------------------------X
RICHARD R. SEDELL,

        Plaintiff,            Civil Action No. 08-3151WJM

v.
                              ORDER OF DISMISSAL
OFFICER WILLIAM PAYNTER,
et al

        Defendants.
------------------------------X
```

The Court having been notified by the Mediator, Sheryl Goski that mediation was successful and the action has been settled,

It is on this 3rd day of March, 2010

ORDERED that the above matter is dismissed.

                                              s/William J. Martini

                                      _____

                                      WILLIAM J. MARTINI, U.S.D.J.